UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MACHEN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. EP-23-CV-240-KC |
| | § | |
| JUDGE ALFREDO CHAVEZ, | § | |
| Defendant. | § | |

## DISMISSAL ORDER

Christopher Machen, state prisoner number 00842446, alleges in a civil rights complaint that Judge Alfredo Chavez, the judge in his criminal case, wrongfully denied him access to his case file. Pl.'s Compl., ECF No. 1-1 at 4. His complaint is dismissed because he has not timely paid the filing fee.

Machen is a 44-year-old prisoner serving a life sentence for capital murder. *See* Texas Department of Criminal Justice, Inmate Information Details, https://inmate.tdcj.texas.gov/ InmateSearch/ (search for TDCJ Number 00842446, last visited June 26, 2023). He is currently housed at the Alfred Hughes Unit in Gatesville, Texas. *Id*.

Machen is a prolific litigator and is responsible for filing at least three prior lawsuits which were dismissed, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1), as frivolous or for failure to state a claim on which relief may be granted:

1. *Machen v. Kadera*, 5:17-CV-70-BQ (N.D. Tex.—Lubbock ) (dismissing Machen's complaint on April 27, 2018, as frivolous).

2. *Machen v. Favela*, 3:18-CV-00258-KC (W.D. Tex.—El Paso) (dismissing Machen's complaint on October 22, 2018, for failure to state a claim).

3. *Machen v. Albright*, 6:20-CV-905-RP (W.D. Tex.—Waco) (dismissing Machen's complaint on October 20, 2020, for failure to state a claim).

4. *Machen v. Chavez*, 3:21-CV-78-KC (W.D. Tex.—El Paso) (dismissing Machen's complaint on June 14, 2021, as time barred—and cautioning Machen that filing additional frivolous or repetitive pleadings could subject him to sanctions).

As a result, Machen is barred, pursuant to 28 U.S.C. § 1915(g), from proceeding in this lawsuit without prepaying fees and costs. *See* 28 U.S.C. § 1915(g) ("In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.").

The Court therefore ordered Machen to pay the $402.00 filing fee no later than Wednesday, July 19, 2023. Order, ECF No. 2. It warned Machen that his failure to comply with the Court's order within the time specified could result in the dismissal of his complaint, pursuant to Federal Rule of Civil Procedure 41(b), without further notice to him. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir.1998). It explained "[t]his authority [under Rule 41(b)] flows from the Court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Ins. Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962)).

As of this date, Machen has not paid the filing fee.

Accordingly, **IT IS ORDERED** that Christopher Machen's civil rights complaint (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE** for failure to timely pay the filing fee.

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED**.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

**SIGNED** this 25th day of July, 2023.

*/s/ Kathleen Cardone*
**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**